**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| JASON LEOPOLD and | ) | |
| RYAN NOAH SHAPIRO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-2517 (CKK) |
| | ) | |
| OFFICE OF THE DIRECTOR OF | ) | |
| NATIONAL INTELLIGENCE, | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| and DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF EX PARTE SUBMISSION**

Pursuant to the Order dated January 31, 2020, Defendant the Office of the Director of

National Intelligence ("ODNI"), is submitting unredacted versions of documents 000048,

000049-50, 000051, and 000045-46 *ex parte* and under seal to the Court for *in camera* review.

These should not be filed on the public docket.

To assist the Court's review, ODNI is also providing the redacted versions of those

documents previously produced to Plaintiff, attached here, for the Court to compare. All of these

documents will be hand delivered by undersigned counsel to chambers today.

.

Dated:  February 7, 2020                              Respectfully Submitted,

                                                     ETHAN P. DAVIS
                                                     Principal Deputy Assistant Attorney General

                                                     MARCIA BERMAN
                                                     Assistant Branch Director
                                                     Federal Programs Branch

1

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

*Attorneys for Defendants*

Approved for release on 28 June 2018 FOIA Case #DF-2017-00093

**Joel D. Melstad-DNI-**

| | |
|---|---|
| **From:** | Brian P. Hale-DNI- |
| **Sent:** | Friday, December 16, 2016 5:08 PM |
| **To:** | James R. Clapper-DNI-; Stephanie L. OSullivan-DNI-; Michael P. Dempsey-DNI-; DNI-Weekly Reports; DNI-PAO; DNI-OLA-Front Office; Robert Litt-DNI-; Deirdre M. Walsh-DNI- |
| **Cc:** | (b)(3) ▮▮▮▮- |
| **Subject:** | PA Weekly |

Classification: UNCLASSIFIED/~~FOUO~~
========================================================

PA Weekly:

## Media:

- There is still intense press interest in all things transition. We continue to decline comment on anything related to PDB's for the President- and Vice President-elect.

- Two media statements have been released this week. One on behalf of the USIC provided Wednesday about election interference (b) (5) ▮▮▮▮▮▮ in response to Chairman Nunes' statement, and one this afternoon in coordination with the NSC in response to requests to brief members of the electoral college.

- Press release: Yesterday, the Intelligence Community was recognized as one of the "Best Places to Work in the Federal Government," according to the Partnership for Public Service. Stephanie O'Sullivan accepted the award on behalf of the director of national intelligence during a ceremony at the National Press Club, in Washington, D.C.

**Next Week:**

On Monday, PAO will staff an interview with Bill Evanina and Mary Louise Kelly from *NPR* to discuss insider threats.

**Snapshot of Next Week's Significant Speaking Engagements**

## DNI
12/19: The DNI will provide remarks at the IC EEOD Awards Ceremony (1300: LX-1 Auditorium)
12/19: The DNI will provide remarks at the IC Security Coordination Center (1500: Reston, VA)
12/20: The DNI will provide remarks at NGA Town Hall (0800: Springfield, VA)

Approved for release on 28 June 2018 FOIA Case #DF-2017-00093

## PDDNI

12/20: The PDDNI will provide remarks at NGA Town Hall (0800: Springfield, VA)

## Other Senior Leaders

No Speaking Engagements Scheduled

## Guest lineups for the Sunday TV news shows:

We will send separately on low side as they are not yet available.

Brian P. Hale
ODNI
Director, Public Affairs Office (PAO)
(b)(3)
(b)(3)



```
============================================================
Classification: UNCLASSIFIED//FOUO
```

2

Approved for release on 28 June 2018 FOIA Case #DF-2017-00093

## Michael G Birmingham

| | |
|---|---|
| **From:** | Timothy L Barrett |
| **Sent:** | Wednesday, December 14, 2016 8:35 PM |
| **To:** | (b)(3) |
| **Cc:** | DNI-Media |
| **Subject:** | FW: IC Statement for DNI Clearance |

(b)(3), are you guys right in the middle of INSA??  We need to get this cleared, so maybe we should try (b)(3)

-----Original Message-----
From: Timothy L Barrett
Sent: Wednesday, December 14, 2016 8:31 PM
To: James R Clapper <James.Clapper@dni.gov>; Stephanie L O'Sullivan (b)(3) @dni.gov>; Michael P. Dempsey <michael.dempsey@dni.gov>
Cc: (b)(3)
DNI-Media <DNI-Media@dni.gov>; DNI-OLA-FO <DNI-OLA-FO@dni.gov>; DNILEGAL-FO <DNILEGAL-FO@dni.gov>
Subject: IC Statement for DNI Clearance

Good Evening, Director Clapper--

We plan to issue the following statement from ODNI on behalf of the IC.  We have cleared this in coordination with (b) (5) With your concurrence, we will put it out immediately:

*       Senior Administration Officials have regularly provided extensive, detailed classified and unclassified briefings to members and staff in both parties on Capitol Hill since this past summer and have continued to do so after Election Day.

*       Last week, the President ordered a full Intelligence Community review of foreign efforts to influence the Presidential election  -- both in 2016 and previous election cycles.  Once that review is completed in the coming weeks, the Intelligence Community stands ready to brief Congress on the findings.

Best,
Tim.


Timothy L. Barrett
Chief of Media Relations, Public Affairs Office Office of the Director of National Intelligence (ODNI)
(b)(3) – desk
(b)(3) – mobile
www.dni.gov
http://icontherecord.tumblr.com/
@ODNIgov

Approved for release on 28 June 2018 FOIA Case #DF-2017-00093

## Michael G Birmingham

| | |
|---|---|
| **From:** | Timothy L Barrett |
| **Sent:** | Wednesday, December 14, 2016 8:51 PM |
| **To:** | James R Clapper; Stephanie L O'Sullivan; Michael P. Dempsey |
| **Cc:** | (b)(3) ; DNI-Media; DNI-OLA-FO; DNILEGAL-FO |
| **Subject:** | RE: IC Statement for DNI Clearance |

I spoke with (b)(3), who provided tweaks in light of (b) (5) Please see revised statement immediately below:

\* Senior Administration Officials have regularly provided extensive, detailed classified and unclassified briefings to members and staff from both parties on Capitol Hill since this past summer and have continued to do so after Election Day.

\* Last week, the President ordered a full Intelligence Community review of foreign efforts to influence recent Presidential elections – from 2008 to present. Once the review is complete in the coming weeks, the Intelligence Community stands ready to brief Congress—and will make those findings available to the public consistent with protecting intelligence sources and methods. We will not offer any comment until the review is complete.

-----Original Message-----
From: Timothy L Barrett
Sent: Wednesday, December 14, 2016 8:31 PM
To: James R Clapper <James.Clapper@dni.gov>; Stephanie L O'Sullivan (b)(3) @dni.gov>; Michael P. Dempsey <michael.dempsey@dni.gov>
Cc: (b)(3) DNI-Media <DNI-Media@dni.gov>; DNI-OLA-FO <DNI-OLA-FO@dni.gov>; DNILEGAL-FO <DNILEGAL-FO@dni.gov>
Subject: IC Statement for DNI Clearance

Good Evening, Director Clapper -

We plan to issue the following statement from ODNI on behalf of the IC. We have cleared this in coordination with (b) (5) With your concurrence, we will put it out immediately:

\* Senior Administration Officials have regularly provided extensive, detailed classified and unclassified briefings to members and staff in both parties on Capitol Hill since this past summer and have continued to do so after Election Day.

\* Last week, the President ordered a full Intelligence Community review of foreign efforts to influence the Presidential election -- both in 2016 and previous election cycles. Once that review is completed in the coming weeks, the Intelligence Community stands ready to brief Congress on the findings.

Best,
Tim.

Approved for release on 28 June 2018 FOIA Case #DF-2017-00093

Timothy L. Barrett
Chief of Media Relations, Public Affairs Office Office of the Director of National Intelligence (ODNI)
(b)(3) — desk
(b)(3) — mobile
www.dni.gov
http://icontherecord.tumblr.com/
@ODNIgov

Approved for release on 28 June 2018 FOIA Case #DF-2017-00093

## Michael G Birmingham

| | |
|---|---|
| **From:** | Deirdre M Walsh |
| **Sent:** | Wednesday, December 14, 2016 9:03 PM |
| **To:** | Timothy L Barrett |
| **Cc:** | James R Clapper; Stephanie L O'Sullivan; Michael P. Dempsey; (b)(3) DNI-Media; DNI-OLA-FO; DNILEGAL-FO |
| **Subject:** | Re: IC Statement for DNI Clearance |

Director Clapper has approved the below.

On Dec 14, 2016 8:30:48 PM, Timothy L Barrett <Tim.Barrett@dni.gov> wrote:

Good Evening, Director Clapper--

We plan to issue the following statement from ODNI on behalf of the IC.  We have cleared this in coordination with (b) (5) With your concurrence, we will put it out immediately:

*       Senior Administration Officials have regularly provided extensive, detailed classified and unclassified briefings to members and staff in both parties on Capitol Hill since this past summer and have continued to do so after Election Day.

*       Last week, the President ordered a full Intelligence Community review of foreign efforts to influence the Presidential election -- both in 2016 and previous election cycles.  Once that review is completed in the coming weeks, the Intelligence Community stands ready to brief Congress on the findings.

Best,
Tim.


Timothy L. Barrett
Chief of Media Relations, Public Affairs Office Office of the Director of National Intelligence (ODNI)
(b)(3) – desk
(b)(3) – mobile
www.dni.gov
http://icontherecord.tumblr.com/
@ODNIgov